

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Steven Parr, Appellant | Appeal from the County Court at Law of Comal County, Texas (Tr. Ct. No. 2016CR1627). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating. |
| No. 06-18-00086-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect a fine of $120.00. As modified, we affirm the trial court's judgment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Steven Parr, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 8, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk